[No. 65377-6-I. Division One. February 6, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD ZOLAND BOWEN, *Appellant*.

 *in part* and *remanded with instructions* by unpublished opinion per Leach, A.C.J., concurred in by Becker and Schindler, JJ.

[No. 65933-2-I. Division One. February 6, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. BERNARD ANTHONY WOODS, *Appellant*.

. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Lau and Spearman, JJ.

[No. 66162-1-I. Division One. February 6, 2012.]

SUSAN CONNOR, *Appellant*, v. RICHARD L. KING ET AL., *Respondents*.

*Affirmed* by unpublished opinion per Lau, J., concurred in by Dwyer, C.J., and Leach, J.

[No. 67564-8-I. Division One. February 6, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN RICHARD HOOPER, *Appellant*.

 *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Cox, JJ.